UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRIOUS GATES,<br><br>  Appellant,<br><br>  v.<br><br>SUPERIOR LOAN SERVICING, et al.,<br><br>  Appellees. | Case No.  3:22-cv-05007-JD<br><br>**ORDER DISMISSING BANKRUPTCY APPEAL** |

Plaintiff-appellant Tyrious Gates was ordered to show cause in writing by April 10, 2023, why his bankruptcy appeal should not be dismissed for failure to prosecute, or as premature. Dkt. No. 4. Gates did not file a response. Gates has not communicated with this Court since filing his notice of appeal in August 2022, and the last movement in this case was the bankruptcy court's "transmission of unperfected appeal" on October 7, 2022. Dkt. No. 3. Gates's complete inaction has resulted in unreasonable delay.

Consequently, this appeal is dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: April 14, 2023

JAMES DONATO
United States District Judge